# Exhibit "B"

**From:** David Stuart <DStuart@cravath.com>
**Sent:** Friday, April 29, 2022 4:17 PM
**To:** Merrick, Chris J. <chris.merrick@flastergreenberg.com>
**Cc:** Kopcsay, George <George.Kopcsay@AtlasAir.com>; JOHN LEAGH <johnleaghesq@gmail.com>
**Subject:** RE: Polar/Cargo on Demand

**CAUTION: This email originated outside Flaster Greenberg. Please exercise caution when opening attachments or clicking links, especially from unknown senders.**

Chris,

Following up on our call, I can provide the following information.

Monthly wire transfers to Lars Winkelbauer went from a TD Bank account in the name of **Cargo on Demand Inc NY** to a JPM Chase account in the name **51 Entertainment LLC**, Cheyenne, WY (00000 009609 65408), which was controlled by **Lars Winkelbauer**.

Dave

David M. Stuart
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY  10019
Office (212) 474-1519
Mobile (646) 943-9322

**From:** Merrick, Chris J. <chris.merrick@flastergreenberg.com>
**Sent:** Wednesday, April 20, 2022 5:14 PM
**To:** David Stuart <DStuart@cravath.com>
**Cc:** Kopcsay, George <George.Kopcsay@AtlasAir.com>; JOHN LEAGH <johnleaghesq@gmail.com>
**Subject:** RE: Polar/Cargo on Demand

Hi David – that date/time will work.  Please include my colleague John Leagh (cc'd here) when circulating the dial in.  Thank you.

**Chris J. Merrick**
**Flaster Greenberg PC**
Tel (Direct): 215.279.9909

NOTICE: This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling the sender, so that our address record can be corrected.

**From:** David Stuart <DStuart@cravath.com>
**Sent:** Wednesday, April 20, 2022 3:03 PM
**To:** Merrick, Chris J. <chris.merrick@flastergreenberg.com>

**Cc:** Kopcsay, George <George.Kopcsay@AtlasAir.com>
**Subject:** Polar/Cargo on Demand

**CAUTION: This email originated outside Flaster Greenberg. Please exercise caution when opening attachments or clicking links, especially from unknown senders.**

Dear Mr. Merrick,

I represent Polar Air Cargo.  We received your letter.  We are available to speak by telephone next Wednesday, April 27 at 10:00 AM.  If you would like to speak with us at that time, we will send you a dial-in.

Dave

David M. Stuart
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY  10019
Office (212) 474-1519
Mobile (646) 943-9322