UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CARGO ON DEMAND, INC., :
:
                         Plaintiff,, :
:      22-CV-10243 (JMF)
      -v- :
:      ORDER
:
POLAR AIR CARGO WORLDWIDE, INC., :
:
                         Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On August 4, 2023, Plaintiff Cargo On Demand, Inc. moved to stay this case pending resolution of related criminal proceedings. Defendant shall file any opposition by **August 9, 2023**.

       SO ORDERED.

Dated: August 7, 2023
       New York, New York

                                                           JESSE M. FURMAN
                                               United States District Judge